UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00260(1)-ADA |
| | § | |
| (1) JOSE CASTOR RAMIREZ | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 3, 2026, wherein the defendant (1) JOSE CASTOR RAMIREZ waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE CASTOR RAMIREZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE CASTOR RAMIREZ's plea of guilty to Count One (1) is accepted.

Signed this 23rd day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE